UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DEMARCUS FINLEY**, <br><br> Petitioner, <br><br> v. <br><br> **MARK MCCULLICK**, <br><br> Respondent. | 2:17-cv-11976-TGB <br><br> **JUDGMENT** |

In accordance with the Order entered on this date, it is **ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and the matter is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan: January 25, 2021

                                       KINIKIA ESSIX

                                       CLERK OF THE COURT

                                       s/A. Chubb
                                       Case Manager and Deputy Clerk

APPROVED:           s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE